**Neil A. Tortora - 017312005**
**ntortora@morrisonmahoney.com**
**MORRISON MAHONEY LLP**
**Waterview Plaza**
**2001 U.S. Highway 46, Suite 200**
**Parsippany, NJ 07054**
**Phone: 973-257-3526**
**Fax: 973-257-3527**
**Attorneys for Defendant, BJ's Wholesale Club, Inc.**

SYLVIA HERSHORN,

Plaintiff,

v.

BJ'S WHOLESALE CLUB, INC.; ABC, INC.; DEF, INC.; JOHN and JANE DOES I-V, fictitious names,

Defendants.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CASE NO.:

Civil Action

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 132, 1441 and 1446, Defendant, BJ's Wholesale Club, Inc., a Delaware corporation with the principal place of business in Westborough, Massachusetts, hereby removes the above-captioned action from the Superior Court of New Jersey, Law Division, Monmouth County, to the United States District Court for the District of New Jersey, based upon the following:

1. On or about April 13, 2022, plaintiff commenced a civil action by filing a Complaint in the Superior Court of New Jersey, Law Division, Monmouth County, entitled SYLVIA HERSHORN V. BJ'S WHOLESALE CLUB, INC., ET AL., Docket No.: MON-L-1023-22. ("Complaint")

2. Defendant, BJ's Wholesale Club, Inc., was put on notice of the Complaint in this matter.

3. Pursuant to 28 U.S.C. § 1446 (a), a true and correct copy of the Complaint against this defendant is attached hereto as Exhibit "A".

4. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days of BJ's Wholesale Club, Inc.'s first receipt "through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."

5. This Honorable United States District Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because this is a civil action in which there is complete diversity of citizenship between Plaintiff and Defendants, and in which the amount in controversy exceeds $75,000, exclusive of interest and costs, as described below.

6. Based upon the allegations in the Complaint, Plaintiff is a citizen of the State of New Jersey.

7. The Complaint alleges that on or about August 25, 2020, plaintiff, Sylvia Hershorn, slipped and fell while in BJ's Wholesale Club, Inc.'s store in Linden, New Jersey, due to an alleged dangerous condition in the premises. The Complaint alleges that plaintiff was caused to fall and sustain personal injuries.

8. In this action, plaintiff has named as defendant, BJ's Wholesale Club, Inc., ABC, Inc., DEF, Inc. and John and Jane Does I-V, fictitious names.

9. Defendant, BJ's Wholesale Club, Inc. is a corporation organized under the laws of the State of Delaware with its principal place of business in Westborough, Massachusetts.

10. For diversity purposes, BJ's Wholesale Club, Inc. is a citizen of Delaware. It is not a citizen of New Jersey.

11. The jurisdiction in state court is unlimited damages and plaintiff has provided no limitation of damages being below $75,000.

12. While BJ's Wholesale Club, Inc. denies all liability to plaintiff and denies that she is entitled to any of the relief sought by the Complaint, based upon the allegations of the Complaint and the injuries alleged, and based upon information and belief, the amount in controversy exceeds the $75,000 jurisdictional amount under 28 U.S.C. § 1332.

13. Therefore, this civil action is Removable to this Court pursuant to 28 U.S.C. § 1441.

14. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being submitted for filing with the Clerk of the Superior Court, Law Division, Monmouth County, and is being served upon plaintiff. (See Exhibit "B")

15. In filing this Notice of Removal, BJ's Wholesale Club, Inc. does not waive any defects in service of process, venue or personal jurisdiction.

16. For the foregoing reasons, this United States District Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a).

**Morrison Mahoney LLP**

Attorneys for Defendant,
BJ's Wholesale Club, Inc.

Dated: April ~~25~~ 26, 2022

By: ______________________
Neil A. Tortora

101038983

**LOCAL CIVIL RULE 11.2 VERIFICATION**

Other than the action filed in the Superior Court of New Jersey, Law Division, Monmouth County, which is the subject of this Notice of Removal, the matter in controversy, to the best of defendant's knowledge, information and belief, is not the subject of any other action pending in any Court, or of any other pending arbitration or administrative proceeding.

**Morrison Mahoney LLP**

Attorneys for Defendant,
BJ's Wholesale Club, Inc.

Dated: April ~~25~~ 26, 2022

By: ____________________
Neil A. Tortora

101038983

**CERTIFICATION OF SERVICE**

I hereby certify that on this date, I caused to be served via Federal Express, a true and accurate copy of the foregoing Notice of Removal on:

Charles M. Crocco, Esq.
Nelson, Fromer, Crocco & Jordan
2300 Route 66, Suite 102
Neptune, New Jersey 07753

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

**Morrison Mahoney LLP**

Attorneys for Defendant,
BJ's Wholesale Club, Inc.

Dated: April ~~25~~ 26, 2022

By: ____________________
Neil A. Tortora



101038983

# Exhibit A

10092384

Charles M. Crocco, Esq.
**Attorney ID# 019531996**
Nelson, Fromer, Crocco & Jordan
2300 Route 66, Suite 102
Neptune, NJ 07753
Phone: (732) 774-6443
Fax: (732) 774-7155
Attorneys for Plaintiffs

| | |
|---|---|
| SYLVIA HERSHORN;<br><br>Plaintiff;<br><br>-vs-<br><br>BJ'S WHOLESALE CLUB, INC.; ABC, INC.; DEF, INC., JOHN and JANE DOES I-V, fictitious names;<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>MONMOUTH COUNTY<br><br>Docket No.<br><br>**COMPLAINT, DEMAND FOR JURY TRIAL AND DESIGNATION OF TRIAL COUNSEL** |

Plaintiff, SYLVIA HERSHORN, residing in the State of New Jersey, complaining of the defendants, hereby says:

**FIRST COUNT**

1. On or about August 25, 2020, the plaintiff, SYLVIA HERSHORN, was legally and lawfully upon the premises of the defendants, BJ'S WHOLESALE CLUB, INC., located at 2451 Route 1 South, in the Township of North Brunswick, County of Middlesex, State of New Jersey.

Charles M. Crocco, Esq.
**Attorney ID# 019531996**
Nelson, Fromer, Crocco & Jordan
2300 Route 66, Suite 102
Neptune, NJ 07753
Phone: (732) 774-6443
Fax: (732) 774-7155
Attorneys for Plaintiffs

2. At all times relevant herein, the defendant, BJ'S WHOLESALE CLUB, INC., located at 2451 Route 1 South, in the Township of North Brunswick, New Jersey 08902, was an entity, organized under the laws of one of the states of the United States of America and did transact business in the State of New Jersey, at the location known as BJ'S WHOLESALE CLUB, INC., 2451 Route 1 South, in the Township of North Brunswick, County of Middlesex and State of New Jersey.

3. At all times relevant herein and at all times hereinafter mentioned, said defendant, BJ'S WHOLESALE CLUB, INC., was the owner, lessor, operator, managing agent or controller of the property located at, 2451 Route 1 South, North Brunswick, New Jersey 08902, County of Middlesex, State of New Jersey.

4. At all times relevant herein and at all times hereinafter mentioned, said defendants, BJ'S WHOLESALE CLUB, INC., were contractually charged with the certain contractual duties, were general contractors, subcontractors and/or employees of one of the heretofore named defendants and/or acted in individual capacities and were otherwise responsible for the maintenance/cleaning and safety on the premises/property of 2451 Route 1 South, North Brunswick, New Jersey 08902, as aforesaid.

5. At all times mentioned and hereinafter referred to, the fictitious defendant, ABC, Inc., upon information and belief, a corporation or other business entity, organized under the laws of the State of New Jersey and transacted business in

Charles M. Crocco, Esq.
**Attorney ID# 019531996**
Nelson, Fromer, Crocco & Jordan
2300 Route 66, Suite 102
Neptune, NJ 07753
Phone: (732) 774-6443
Fax: (732) 774-7155
Attorneys for Plaintiffs

the State of New Jersey. Said fictitious defendant, ABC, Inc., was the owner, landlord, lessor or managing agent and/or controller of said certain property and premises known a 2451 Route 1 South, North Brunswick, New Jersey 08902.

6. At all times relevant herein, the defendant, DEF, Inc., a fictitious name, was a corporation or other business entity, organized under the laws of the State of New Jersey and transacted business in the State of New Jersey. Said fictitious defendant, DEF, Inc., defendants, John and Jane Does I-IV, fictitious names, were general contractors, subcontractors and/or employees of one of the heretofore named defendants and/or acted in individual capacities and were otherwise responsible for the maintenance and safety of the property of 2451 Route 1 South, North Brunswick, New Jersey, as aforesaid.

7. The aforesaid condition and/or the conduct of the aforesaid defendants, including the fictitious defendants, in failing to properly supervise, remove, ameliorate and/or timely abate the aforesaid conditions and for generally failing to exercise the requisite reasonable care and prudence under all of the circumstances; were careless, reckless and/or negligent.

8. On the date aforesaid, the plaintiff, SYLVIA HERSHORN, was lawfully on the property in question, when she was caused to fall and become injured in or about the premises of defendants, BJ'S WHOLESALE CLUB, INC., located at 2451 Route 1 South, North Brunswick, New Jersey, in question.

Charles M. Crocco, Esq.
**Attorney ID# 019531996**
Nelson, Fromer, Crocco & Jordan
2300 Route 66, Suite 102
Neptune, NJ 07753
Phone: (732) 774-6443
Fax: (732) 774-7155
Attorneys for Plaintiffs

9. The defendants and the fictitious defendants, and each of them, were negligent for having failed, with notice, either actual or constructive, to make certain that the condition did not exist and did not otherwise cause a hazard to the general public and the foreseeable users of the property.

10. The defendants, and each of them, were negligent in that, inter alia, it/they, as the case may be:

(a) did not keep the property and premises in a safe condition;

(b) did not exercise reasonable and proper care;

(c) caused a dangerous and hazardous condition to exist on the property and premises;

(d) failed to properly manage, maintain and routinely inspect;

(e) failed to properly repair;

(f) failed to properly place warning signs or barriers in the area of the plaintiff's fall;

(g) knew or should have known that a dangerous and hazardous condition existed on the premises and permitted same to so exist;

(h) failed to provide proper safeguards, appropriate artificial lighting and/or warnings on the property and premises under the circumstances there and then existing;

Charles M. Crocco, Esq.
**Attorney ID# 019531996**
Nelson, Fromer, Crocco & Jordan
2300 Route 66, Suite 102
Neptune, NJ 07753
Phone: (732) 774-6443
Fax: (732) 774-7155
Attorneys for Plaintiffs

(i) had notice of the aforesaid condition but failed to take appropriate remedial action to correct same;

(j) was otherwise negligent in the ownership, letting, operation and maintenance of said property and premises.

11. As a direct and proximate result of the negligent and careless conduct of the defendant as aforesaid, the plaintiff has been caused to sustain severe physiological and psychological injuries, which have continued to the present and which will in the future so continue, with concomitant pain and suffering and a shocking to her nervous system, which has caused the plaintiff great pain and suffering and to incur significant medical expenses, which in the future will continue to incur, with the possibility of future surgery and past, present and future loss of income, for which the defendant should be held liable.

WHEREFORE, plaintiff, SYLVIA HERSHORN, demands judgment against all defendants either jointly, severally or, in the alternative, for damages, interest, attorneys' fees, costs of suit and such other and further relief as this Court may deem appropriate.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury as to all issues in the within matter.

Charles M. Crocco, Esq.
**Attorney ID# 019531996**
Nelson, Fromer, Crocco & Jordan
2300 Route 66, Suite 102
Neptune, NJ 07753
Phone: (732) 774-6443
Fax: (732) 774-7155
Attorneys for Plaintiffs

**NOTICE OF TRIAL DESIGNATION**

Pursuant to Rule 4:25-4, Charles M. Crocco, Esq., is hereby designated as trial counsel in the within litigation.

**CERTIFICATION**

I hereby certify that the within matter is not the subject of any other action or arbitration proceeding, either now or contemplated.

NELSON, FROMER, CROCCO & JORDAN, ESQS.
Attorneys for Plaintiff

By:______________________________
CHARLES M. CROCCO, ESQ.
**Attorney ID# 019531996**

Dated: April 12, 2022

Appendix XII-B1

# CIVIL CASE INFORMATION STATEMENT (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
**Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed**

| FOR USE BY CLERK'S OFFICE ONLY |
|---|
| PAYMENT TYPE: ☐ CK ☐ CG ☐ CA |
| CHG/CK NO. |
| AMOUNT: |
| OVERPAYMENT: |
| BATCH NUMBER: |

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| Charles M. Crocco, Esq. | (732) 774-6443 | Monmouth |

| FIRM NAME (If applicable) | DOCKET NUMBER (when available) |
|---|---|
| Nelson, Fromer, Crocco & Jordan | |
| OFFICE ADDRESS<br>2300 Route 66 - Suite 102<br>P.O. Box 279<br>Neptune, N.J. 07754 | DOCUMENT TYPE<br>Complaint<br>JURY DEMAND ■ YES ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| Sylvia Hershorn | Sylvia Hershorn v. BJ's Wholesale Club, et als. |
| CASE TYPE NUMBER (See reverse side for listing)<br>605 | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ■ NO<br>IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
| RELATED CASES PENDING?<br>☐ YES ■ NO | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)?<br>☐ YES ■ NO | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)<br>Sedgwick Claims Management Services ☐ NONE ☐ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? | IF YES, IS THAT RELATIONSHIP: |
|---|---|
| ☐ YES ■ NO | ☐ EMPLOYER/EMPLOYEE ☐ FRIEND/NEIGHBOR ☐ OTHER (explain)<br>☐ FAMILIAL ☐ BUSINESS |

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ■ NO

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| ☐ YES ■ NO | |
| WILL AN INTERPRETER BE NEEDED?<br>☐ YES ■ NO | IF YES, FOR WHAT LANGUAGE? |

**I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).**

ATTORNEY SIGNATURE: [signature]



Side 2

# CIVIL CASE INFORMATION STATEMENT
# (CIS)

Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**
151 NAME CHANGE
175 FORFEITURE
302 TENANCY
399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
502 BOOK ACCOUNT (debt collection matters only)
505 OTHER INSURANCE CLAIM (including declaratory judgment actions)
506 PIP COVERAGE
510 UM or UIM CLAIM (coverage issues only)
511 ACTION ON NEGOTIABLE INSTRUMENT
512 LEMON LAW
801 SUMMARY ACTION
802 OPEN PUBLIC RECORDS ACT (summary action)
999 OTHER (briefly describe nature of action)

**Track II - 300 days' discovery**
305 CONSTRUCTION
509 EMPLOYMENT (other than CEPA or LAD)
599 CONTRACT/COMMERCIAL TRANSACTION
603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
605 PERSONAL INJURY
610 AUTO NEGLIGENCE – PROPERTY DAMAGE
621 UM or UIM CLAIM (includes bodily injury)
699 TORT – OTHER

**Track III - 450 days' discovery**
005 CIVIL RIGHTS
301 CONDEMNATION
602 ASSAULT AND BATTERY
604 MEDICAL MALPRACTICE
606 PRODUCT LIABILITY
607 PROFESSIONAL MALPRACTICE
608 TOXIC TORT
609 DEFAMATION
616 WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
617 INVERSE CONDEMNATION
618 LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV - Active Case Management by Individual Judge / 450 days' discovery**
156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
303 MT. LAUREL
508 COMPLEX COMMERCIAL
513 COMPLEX CONSTRUCTION
514 INSURANCE FRAUD
620 FALSE CLAIMS ACT
701 ACTIONS IN LIEU OF PREROGATIVE WRITS

**Centrally Managed Litigation (Track IV)**
280 ZELNORM
285 STRYKER TRIDENT HIP IMPLANTS
288 PRUDENTIAL TORT LITIGATION
290 POMPTON LAKES ENVIRONMENTAL LITIGATION
291 PELVIC MESH/GYNECARE
292 PELVIC MESH/BARD

**Mass Tort (Track IV)**
248 CIBA GEIGY
266 HORMONE REPLACEMENT THERAPY (HRT)
271 ACCUTANE
274 RISPERDAL/SEROQUEL/ZYPREXA
275 ORTHO EVRA
277 MAHWAH TOXIC DUMP SITE
278 ZOMETA/AREDIA
279 GADOLINIUM
281 BRISTOL-MYERS SQUIBB ENVIRONMENTAL
282 FOSAMAX
283 DIGITEK
284 NUVARING
286 LEVAQUIN
287 YAZ/YASMIN/OCELLA
601 ASBESTOS

**If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.**

**Please check off each applicable category** ☐ **Putative Class Action** ☐ **Title 59**

# Civil Case Information Statement

## Case Details: MONMOUTH | Civil Part Docket# L-001023-22

**Case Caption:** HERSHORN SYLVIA VS BJ'S WHOLESALE CLUB, INC.
**Case Initiation Date:** 04/13/2022
**Attorney Name:** CHARLES MICHAEL CROCCO
**Firm Name:** NELSON FROMER CROCCO & JORDAN
**Address:** 2300 ROUTE 66, STE 102 P.O. BOX 279 NEPTUNE TWP NJ 07754
**Phone:** 7327746443
**Name of Party:** PLAINTIFF : Hershorn, Sylvia
**Name of Defendant's Primary Insurance Company** (if known): Sedgwick Claims Management Services

**Case Type:** PERSONAL INJURY
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: Sylvia Hershorn? NO**

## THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
**If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
**If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO **Title 59?** NO **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

04/13/2022
Dated

/s/ CHARLES MICHAEL CROCCO
Signed

# Exhibit B

**Neil A. Tortora - 017312005**
**MORRISON MAHONEY LLP**
**Waterview Plaza**
**2001 U.S. Highway 46, Suite 200**
**Parsippany, NJ 07054**
**Phone: 973-257-3526**
**Fax: 973-257-3527**
**Attorneys for Defendant, BJ's Wholesale Club, Inc.**

| | |
|---|---|
| SYLVIA HERSHORN,<br>Plaintiff,<br><br>v.<br><br>BJ'S WHOLESALE CLUB, INC.; ABC, INC.; DEF, INC.; JOHN and JANE DOES I-V, fictitious names,<br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION– MONMOUTH COUNTY<br><br>DOCKET NO.: MON-L-1023-22<br><br>Civil Action<br><br>**NOTICE OF NOTICE OF REMOVAL** |

TO: Clerk, Superior Court of New Jersey
Monmouth County Courthouse
71 Monument Park
Freehold, New Jersey 07728

Charles M. Crocco, Esq.
Nelson, Fromer, Crocco & Jordan
2300 Route 66, Suite 102
Neptune, New Jersey 07753

Defendant, BJ's Wholesale Club, Inc., gives notice that it has removed this action to the United States District Court for the District of New Jersey. A true and correct copy of the Notice of Removal that has been filed with the United States District Court for the District of New Jersey is attached as Exhibit "A". Pursuant to 28 U.S.C. 1446(d), no further proceedings may be held in this Court in this action unless or until the case is remanded.

**Morrison Mahoney LLP**

Attorneys for Defendant,
BJ's Wholesale Club, Inc.

Dated: April 25, 2022

By: ____________________________
Neil A. Tortora